IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

JERMAINE ALEXANDER RAMSEY, #108263                                      PLAINTIFF

V.                                              CIVIL ACTION NO. 5:21-cv-29-DCB-LGI

MANAGEMENT TRAINING & CORPORATION, et al.                          DEFENDANTS

### ORDER DENYING PLAINTIFF'S MOTION FOR DEMAND FOR JUDGMENT [46]

This matter comes before the Court on Plaintiff's Motion entitled "Motion for Demand for Judgment; Relief to be Granted" [46] filed on December 30, 2021. The Court, liberally construing the Motion [46], finds that Plaintiff is requesting a default judgment. Even though the Court had issued a Notice of Lawsuit and Request to Waiver Service of Summons for the Defendants, *see* Order [40], on November 16, 2021, the Defendants had not filed a Waiver at the time Plaintiff filed his Motion [46] requesting default judgment on December 30, 2021. Because the Waivers had not been signed by the Defendants and there has not been service of summons on the Defendants, Plaintiff's Motion [46] requesting a default judgment is unwarranted and will be denied. Accordingly, it is

ORDERED that Plaintiff's Motion for Demand for Judgment; Relief to be Granted [46] requesting a default judgment is denied.

SO ORDERED this the   24th   day of January, 2022.


                                                s/David Bramlette
                                                UNITED STATES DISTRICT JUDGE