```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                        WESTERN DIVISION


JERMAINE ALEXANDER RAMSEY                              PLAINTIFF


v.                              CIVIL NO.: 5:21-cv-29-DCB-LGI


MANAGEMENT TRAINING & CORPORATION, et al.             DEFENDANTS
```

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court on Magistrate Judge LaKeysha Greer Isaac's Report and Recommendation [ECF No. 77] (the "R&R"). The R&R recommends that Plaintiff Jermaine Alexander Ramsey's "Motion for Relief from a Judgment or Order under Rule 60(a)" [ECF No. 55], "Motion for Demand for Judgment Relief to be Granted" [ECF No. 56], and "Motion for Entry of Default Under Rule 55(a)-(b)" [ECF No. 57] be denied. Plaintiff filed an objection to the R&R in the form of a letter. [ECF No. 85]. Having reviewed the R&R, the three motions at issue, Plaintiff's objection letter, and applicable law, the Court finds that the R&R is well taken and should be adopted as the findings and conclusions of this Court.

Magistrate Judge Isaac concluded that Plaintiff was not entitled to relief on any of his three motions because: (1) Plaintiff failed to meet the requirements of Federal Rule of Civil Procedure 60(a); (2) Plaintiff did not demonstrate any

grounds for relief under the Federal Rules of Civil Procedure cited by him (i.e., 1, 4(d)(1), 4(d)(2)(A), 5(d), 7(b)(1)(B)-(C) and 54(d)(1)); and (3) the prerequisites for entry of a default judgment were not met.  The Court agrees and finds no reason in Plaintiff's objection letter to find otherwise.

Accordingly,

IT IS HEREBY ORDERED that Magistrate Judge Isaac's Report and Recommendation [ECF No. 77] is ADOPTED as the findings and conclusions of this Court; and

IT IS FURTHER ORDERED that the Motion for Relief from a Judgment or Order under Rule 60(a) [ECF No. 55], the Motion for Demand for Judgment Relief to be Granted [ECF No. 56], and the Motion for Entry of Default Under Rule 55(a)-(b) [ECF No. 57] are DENIED.

SO ORDERED this the 11th day of July 2022.

/s/  David Bramlette
UNITED STATES DISTRICT JUDGE